**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
433 G Street, Suite 202
San Diego, CA 92101
Telephone: (619) 652-9961
email: jlemon@san.rr.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **JORGE SANCHEZ,** ) <br> ) <br> ) <br> Defendant. ) | Criminal No: 06cr0734-GT <br><br> **ORDER CONTINUING** <br> **SENTENCING HEARING** |

Good cause appearing, the Honorable Gordon Thompson orders the following:

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for October 2, 2007, at 9:00 a.m. be continued to October 23, 2007, at 9:00 a.m.

**SO ORDERED.**

DATED Oct. 1, 2007

**HONORABLE GORDON THOMPSON**
United Stated District Judge